# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ELMER DENNIS, JR, <br> AIS 164536, | ) <br> ) <br> ) |
| Petitioner, | ) <br> ) |
| vs. | )    CIV. A. NO. 22-0445-JB-MU <br> ) |
| WARDEN ANTONIO MCCLAIN, | ) <br> ) |
| Respondent. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 18th day of September, 2023.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE